UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN LAWS,<br><br>          Petitioner,<br><br>    v.<br><br>SOTO (WARDEN),<br><br>          Respondent. | CASE NO. CV 13-2228-SJO (PJW)<br><br>J U D G M E N T |

    Pursuant to the Order Dismissing Second or Successive Habeas Corpus Petition,

    IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

    DATED:    April 9, 2013.

_S. James Otero_
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

C:\Temp\notesFFF692\Judgment.wpd